## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2005, I caused to be served a true and correct copy of the foregoing Petition for Writ of Habeas Corpus, the accompanying Declaration of Marc D. Falkoff, Esq., and the certification pursuant to L. Civ. R. 83.2(g), on each of the Respondents as follows:

*By hand delivery to*:

Kenneth L. Wainstein
United States Attorney
District of Columbia District
Judiciary Center
555 4th Street, NW
Washington, D.C. 20530

*By certified mail, return receipt requested to*:

Alberto R. Gonzales
Attorney General of the United States
United States Department of Justice
Robert F. Kennedy Building
Tenth Street & Constitution Ave., NW
Room 5111
Washington, D.C. 20530

George W. Bush
President, United States of America
The White House
1600 Pennsylvania Avenue, NW
Washington, D.C. 20500

Donald H. Rumsfeld
Secretary, United States Department of Defense
1000 Defense Pentagon
Washington, D.C. 20301-1000

Army Brigadier General Jay Hood
Commander, Joint Task Force – GTMO
Guantánamo Bay Naval Station
Guantánamo Bay, Cuba
c/o United States Army
Army Pentagon
Washington, DC 20310-0200

Army Colonel Mike Bumgarner
Commander, Joint Detention Operations Group
Guantánamo Bay Naval Station
Guantánamo Bay, Cuba
c/o United States Army
Army Pentagon
Washington, DC 20310-0200

Dated: December 12, 2005

_____
Karen E. Abravanel