IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AHMED AL DARBY,**<br>     Detainee, Guantánamo Bay Naval<br>     Station, Guantánamo Bay, Cuba; and<br><br>**MOHAMMED MOHAMMED HASSEN,**<br>     as the Next Friend of Ahmed al Darby<br><br>*Petitioners,*<br><br>*v.*<br><br>**GEORGE W. BUSH,** *et al.,*<br><br>*Respondents.* | Civil Action No. _____ |

## DECLARATION OF MARC D. FALKOFF

Declarant, Marc D. Falkoff, comes now upon penalty of perjury and declares that the following is true to the best of his knowledge, recollection and belief:

1. My name is Marc D. Falkoff. I am over eighteen years old and am in all respects competent to give this Declaration. This Declaration is submitted in support of Petitioner Ahmed al Darby's contention that Mohammed Mohammed Hassen is a proper Next Friend in the above-captioned matter.

2. I am an attorney-at-law licensed to practice in New York and the District of Columbia. I am currently employed at the law firm of Covington & Burling. My business address is 1330 Avenue of the Americas, New York, New York 10019.

3. Covington & Burling represents seventeen Yemeni nationals being detained in Guantánamo Bay by the United States military. The firm has filed habeas petitions on

behalf of the men in the United States District Court for the District of Columbia. Mr. Hassen is one of the detainees represented by the firm.

4. On June 20, 2005, I met with Mr. Hassen in an interview cell in Guantánamo. A translator accompanied me. During our conversation I explained to Mr. Hassen the American legal concept of "Next Friend." Mr. Hassen told me he had come to know another detainee, Ahmed al Darby, well during their detention in Guantánamo.

5. Also on June 20, 2005, Mr. Hassen signed a statement, witnessed by me, in which he stated that he understood the legal concept of "Next Friend," that he wished to act as Next Friend for Mr. Darby, and that he desired a lawyer be procured for Mr. Darby. The statement, written in English, is in my handwriting. It was translated for Mr. Hassen by my translator.

6. Pursuant to the Protective Order in Mr. Hassen's case, his declaration and all of the notes from our meeting were collected by military personnel at Guantánamo Bay before we departed and were sent to a secure facility in the Washington, D.C. area. There, the Privilege Review Team reviewed the declaration to determine its classification level. The declaration was returned to Covington & Burling by facsimile on July 8, 2005, with an indication that it had been designated "unclassified."

7. I recognize the document that was faxed to our office as a copy of the hand-written declaration signed by Mr. Hassen and witnessed by me. It is identical to the original document except for the fax line. Attached as Exhibit A hereto is a true and correct copy of the declaration signed by Mr. Hassen on June 20, 2005 and released to me on July 8, 2005.

8.  It is my firm belief that Mr. Hassen is truly dedicated to the best interests of Mr. Darby, that his relationship with Mr. Darby during their lengthy incarceration at Guantánamo has been significant and meaningful, and that Mr. Hassen is a proper Next Friend for Mr. Darby.

FURTHER DECLARANT SAYETH NOT.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 8, 2005.

_____
Marc D. Falkoff
D.C. Bar No. 491149

🖐 120

I, Mohammed Mohammed Hassen, fully understand the American legal concept of "Next Friend." As a result of being incarcerated at Guantanamo Bay, I have come to know Ahmed al Darby well on a personal level. I know that he wants legal assistance in securing his release from this prison. I know that he would want to be represented by — or have legal representation secured by — Covington & Burling or the Center for Constitutional Rights. I know that he would want me to act as his next friend in this regard and I hereby consent to act in this capacity.

Mr. Al Darby speaks Arabic and is a Saudi national.

Done this 20th day of June, 200_

Witnessed by