Case 1:05-cv-02371-UNA   Document 4-5   Filed 03/31/2006   Page 1 of 2

washingtonpost.com

# Soldier Pleads Not Guilty in Detainee Harm

By ALICIA A. CALDWELL
The Associated Press
Tuesday, March 28, 2006; 9:32 PM



FORT BLISS, Texas -- A military intelligence soldier pleaded not guilty Tuesday to charges he abused detainees in Afghanistan, and he asked to be tried by a military jury.

Army Pfc. Damien M. Corsetti, of the 519th Military Intelligence Battalion at Fort Bragg, N.C., is accused of hitting and sitting on detainees and threatening to sexually assault them.

His civilian lawyer, William E. Cassara, said the charges against Corsetti hinge on the word of an accused terrorist, Ahmed al-Darbi, who is being held at Guantanamo Bay in Cuba.

"Mr. al-Darbi is making up these allegations to use the American justice system against the American military ... as stated in (the al-Qaida) training manual," Cassara said after the hearing. "My client is stone-cold innocent."

According to a statement given to the military court hearing Corsetti's case, U.S. defense officials will not let al-Darbi testify at Corsetti's trial starting May 30 at Fort Bliss.

Corsetti is also accused of mistreating Omar al-Farouq, a one-time top al-Qaida lieutenant in Southeast Asia who escaped from American custody last summer, and a third detainee, identified only by his detainee number because his name is classified.

Corsetti is charged with dereliction of duty, assault and other charges for abuses the Army claims he committed at an American jail at Bagram Air Field in 2002 and 2003.

Corsetti is the fourth soldier from Fort Bragg to face a judge in the prisoner abuse case prompted after two detainees died at the detention center in December 2002.

Corsetti has not been charged with abusing the detainees who died.

The three other soldiers have pleaded guilty to various abuse charges.

© 2006 The Associated Press

**Ads by Google**

**Military Transition**
Getting out of the service? Make sure you're covered. Apply online.
www.asmba.com

**Military Transition**
Open a Spring-Green franchise. Ask about investment assistance grants.

SpringGreenFranchise.com

**Military-Civilian Resumes**
Military-to-Civilian Resume Service As Fast as 4h / Free Cover Letter
Military-Civilian.employment911.com