**Vela, Veronica**

---

| | |
|---|---|
| **From:** | Preeya.Noronha@usdoj.gov |
| **Sent:** | Monday, January 23, 2006 2:55 PM |
| **To:** | Vela, Veronica |
| **Cc:** | Curnin, Paul C; Stein, Mark J; Kolodny, Nathaniel; Abravanel, Karen |
| **Subject:** | RE: 2499636_1.DOC |

Dear Veronica:

Respondents oppose your motion for entry of the protective order in this case in light of the statutory withdrawal of the Court's jurisdiction in the Detainee Treatment Act of 2005, as well as the failure to establish proper next friend standing in this action.

Regards,
Preeya

-----Original Message-----
From: VVela@stblaw.com [mailto:VVela@stblaw.com]
Sent: Friday, January 20, 2006 2:48 PM
To: Noronha, Preeya (CIV)
Cc: pcurnin@STBLAW.COM; MStein@stblaw.com; NKolodny@stblaw.com; KAbravanel@stblaw.com
Subject: FW: 2499636_1.DOC


> Dear Preeya:
>
> The undersigned are counsel for Petitioners in the matter al Darby v. Bush, No. 05-CV-2371 (RWR).  Petitioners intend to move for entry of the November 8, 2004 Protective Order, the November 10 Order Designating "Protected Information," and the December 13, 2004 Supplement to the November 8, 2004 Protective Order. We write now to request Respondents' consent to this motion.  Such consent would be consistent with the Respondents' consent in similar cases and would greatly facilitate our ability to visit and communicate with our client at Guantánamo Bay.
>
> I have attached a draft consent motion; please let us know if you have any objections.
>
> Regards,
> Veronica Vela
>
> Counsel for Petitioner al Darby
>
> Mark J. Stein
> Paul C. Curnin
> Veronica Vela
> Karen E. Abravanel
> Nathaniel I. Kolodny
>
> Simpson Thacher & Bartlett LLP
> 425 Lexington Avenue
> New York, New York  10017
> Tel:  (212) 455-2000
> Fax: (212) 455-2502
>
> >  <<2499636_1.DOC>>