IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AHMED AL DARBY, *et al.*,<br><br>           *Petitioners,*<br><br>           v.<br><br>GEORGE W. BUSH, President of the United States, *et al.*,<br><br>           *Respondents.* | Civil Action No. 05-CV-2371 (RCL) |

**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PETITIONERS'
MOTION FOR EXPEDITED ENTRY OF THE PROTECTIVE ORDER**

In connection with the Court's consideration of Petitioners' Motion for Expedited Entry of the Protective Order, Petitioners respectfully draw the Court's attention to the Memorandum Opinion and Order recently issued by Judge Roberts in *Adem v. Bush*, No. 05-723 (RWR) (AK) (Apr. 28, 2006) (dkt. no. 42) (attached hereto as Ex. A).

In that Order, Judge Roberts denied Respondents' motion for reconsideration of the Memorandum Opinion and Order issued by Magistrate Judge Kay, which required Respondents in that case to permit petitioner's counsel access to their client. Ex. A; *Adem v. Bush*, No. 05-723 (RWR) (AK) (D.D.C. Mar. 21, 2006) (dkt. no. 36).[1] Judge Roberts' Order further supports Petitioners' assertions that: (1) Respondents' argument concerning the impact of the Detainee Treatment Act on the Court's jurisdiction is premature, *see* Ex. A at 16-17; and (2) Petitioner

---

[1] In opposing Petitioners' motion in the instant case, Respondents cited this same motion for reconsideration in *Adem* and attached it as an exhibit. *See* Opp'n Br. at 3 and Ex. A (dkt. no. 5).

Hassen's next friend authorization is wholly sufficient to warrant entry of the Protective Order and permit undersigned counsel's access to Petitioner al Darby, *see* Ex. A at 14-18. Accordingly, the Court has the authority to enter the Protective Order in the instant case.

Dated: May 3, 2006

>Respectfully Submitted,
>
>SIMPSON THACHER & BARTLETT LLP
>
>/s/ Paul C. Curnin
>Paul C. Curnin
>Veronica Vela
>Karen E. Abravanel
>Nathaniel I. Kolodny
>425 Lexington Avenue
>New York, New York 10017
>Tel: (212) 455-2000
>Fax: (212) 455-2502
>
>Attorneys for Petitioners

*Of Counsel:*

Barbara J. Olshansky (NY0057)
Tina Monshipour Foster (TF5556)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499