## Authorization

My name is Ali Mohammad Al Darbi. I am acting as Next Friend for my brother, whose name is Ahmad Mohammad Al Darbi, a citizen of the Kingdom of Saudi Arabia who is being held at Guantánamo Bay. The ISN for Ahmad Mohammad Al Darbi is 768.

I know that my brother would want me to act on his behalf to secure him legal representation. I hereby authorize the attorneys at Simpson Thacher & Bartlett LLP and the Center for Constitutional Rights, and any person assigned by these attorneys to act on my behalf and on my brother's behalf, to secure any documents and information concerning my brother that are necessary for his defense, and to seek whatever redress they believe to be in his best interests, in the Courts of the United States and in any other legal forum available.

Signature: _____

Name (Printed): __Ali Mohammad Al Darbi_____

Witness Signature: _____

Witness Name (Printed): _Sultan Bader Al Asker_____

For kind attention of  Karen Abravanel  OR  Veronica Vela

With best regards,

Ali Al Darbi