### CERTIFICATION OF REPRESENTATION WITHOUT COMPENSATION

Counsel for Petitioners hereby certify, pursuant to L. Cv. R. 83.2(g), that they are representing Petitioners without compensation.

Dated: June 20, 2006

        /s/ Paul C. Curnin
        Mark J. Stein
        Paul C. Curnin
        Veronica Vela
        Karen E. Abravanel
        Nathaniel I. Kolodny
        SIMPSON THACHER & BARTLETT LLP
        425 Lexington Avenue
        New York, New York 10017
        (212) 455-2000

        *Of Counsel*
        Barbara J. Olshansky (NY0057)
        Gitanjali S. Gutierrez
        CENTER FOR CONSTITUTIONAL RIGHTS
        666 Broadway, 7th Floor
        New York, New York 10012
        Tel: (212) 614-6439
        Fax: (212) 614-6499