## **CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2006, I caused to be served a true and correct copy of the Amended Petition for Writ of Habeas Corpus, accompanying exhibits, and certification pursuant to L. Cv. R. 83.2(g) on each of the Respondents as follows:

*By electronic notification via the CM/ECF system to:*

Terry Marcus Henry, terry.henry@usdoj.gov
    (Counsel for Respondents President George W. Bush, Secretary Donald H. Rumsfeld and Army Colonel Michael Bumgarner)

*By certified mail, return receipt requested to*:

Civil Process Clerk
United States Attorney's Office
District of Columbia District
555 4th Street, NW
Washington, D.C. 20530

Alberto R. Gonzales
Attorney General of the United States
United States Department of Justice
Robert F. Kennedy Building
Tenth Street & Constitution Ave., NW
Room 5111
Washington, D.C. 20530

Rear Admiral Harry B. Harris, Jr.
Commander, Joint Task Force – GTMO
U.S. Naval Station, Guantánamo Bay, Cuba
JTF-GTMO
APO AE 09360
c/o United States Army
Army Pentagon
Washington, D.C. 20310-0200

                                                */s/ Karen E. Abravanel*
                                                Karen E. Abravanel