**Vela, Veronica**

---

| | |
|---|---|
| **From:** | Preeya.Noronha@usdoj.gov |
| **Sent:** | Friday, June 23, 2006 3:02 PM |
| **To:** | Vela, Veronica |
| **Cc:** | Curnin, Paul C; Abravanel, Karen; Kolodny, Nathaniel |
| **Subject:** | RE: Al Darby v. Bush, No. 05-CV-2371 (RCL) |

Dear Veronica:

Based on the Amended Petition, which substitutes Mr. Al Darbi's brother as his next friend, respondents withdraw their challenge to next friend standing in this case, without prejudice. We maintain our objection to entry of the Protective Order, however, based on the Detainee Treatment Act's withdrawal of the Court's jurisdiction over this case.

Regards,
Preeya Noronha

-----Original Message-----
From: VVela@stblaw.com [mailto:VVela@stblaw.com]
Sent: Friday, June 23, 2006 1:49 PM
To: Noronha, Preeya (CIV)
Cc: pcurnin@STBLAW.COM; KAbravanel@stblaw.com; NKolodny@stblaw.com
Subject: FW: Al Darby v. Bush, No. 05-CV-2371 (RCL)


> Preeya --
>
> The undersigned are counsel for Petitioners in the matter Al Darby v.
> Bush, No. 05-CV-2371 (RCL). In light of the Amended Petition filed on
> June 20, 2006 (dkt. No. 9) -- which includes a family next friend
> authorization from Petitioner Ali Mohammad Al Darbi (the brother of
> Petitioner Ahmad Mohammad Al Darbi), as well as additional
> biographical information -- Petitioners expect that Respondents will
> withdraw their opposition to Petitioners' Motion for Expedited Entry
> of the Protective Order.
>
> Petitioners' counsel will be in Guantanamo Bay on July 5-9th, 2006,
> visiting their client in Alsaaei v. Bush, No. 05-CV-2369 (RWR).  To
> conserve resources, we would like to schedule a visit with Ahmad Al
> Darbi during this trip as well.  However, as you know, we require
> entry of the Protective Order as soon as possible in order to do so.
> Should Respondent's fail to withdraw their opposition to an expedited
> entry of the Protective Order in Al Darby v. Bush, Petitioners intend
> to file an Emergency Motion for entry of the Protective Order or, in
> the alternative, a Motion for Respondents to Show Cause why the
> Protective Order shall not be entered forthwith.
>
> Please let us know if you consent to the entry of the Protective Order
> in Al Darby v. Bush, No. 05-CV-2371.
>
> Regards,
>
> Veronica Vela
>
>
> Counsel for Petitioners
>
> Paul C. Curnin
> Veronica Vela
> Karen E. Abravanel
> Nathaniel I. Kolodny

1

```
>
> Simpson Thacher & Bartlett LLP
> 425 Lexington Avenue
> New York, New York  10017
> Tel:  (212) 455-2000
> Fax: (212) 455-2502
>
>
```