IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AHMED AL DARBY, *et al.*, | ) ) ) ) | |
| *Petitioners,* | ) ) ) | |
| v. | ) ) ) | Civil Action No. 05-CV-2371 (RCL) |
| GEORGE W. BUSH, *et al.*, | ) ) ) ) | |
| *Respondents.* | ) ) ) ) | |

**DECLARATION OF KAREN E. ABRAVANEL IN SUPPORT OF PETITIONERS'
RENEWED MOTION FOR IMMEDIATE ENTRY OF THE PROTECTIVE ORDER OR,
ALTERNATIVELY, TO ISSUE AN ORDER TO SHOW CAUSE,
BASED ON CHANGED CIRCUMSTANCES**

Declarant, Karen E. Abravanel, comes now upon penalty of perjury and declares that the following is true to the best of her knowledge, recollection and belief:

1. My name is Karen E. Abravanel. I am over eighteen years old and am in all respects competent to give this Declaration. This Declaration is submitted in support of Petitioners' Renewed Motion For Immediate Entry of the Protective Order Or, Alternatively, To Issue An Order To Show Cause, Based on Changed Circumstances.

2. I am an attorney-at-law licensed to practice in New York. I am currently employed at the law firm of Simpson Thacher & Bartlett LLP ("Simpson Thacher"). My business address is 425 Lexington Avenue, New York, New York, 10017.

3. Simpson Thacher represents Petitioner Ahmad Mohammad Al Darbi ("Al Darbi") and his Next Friend, Petitioner Ali Mohammad Al Darbi ("Ali Al Darbi") in the above-captioned matter.

4. From May 30, 2006 through June 1, 2006, I attended the court-martial of Army Pfc. Damien M. Corsetti, a former interrogator at Bagram Air Base, Afghanistan ("Bagram"), which trial took place at Ft. Bliss, Texas (the "court-martial"). With the exception of a single closed session regarding the introduction of classified evidence, I was present for the entirety of the court-martial. I understand that the proceedings of the court-martial will not be transcribed.

5. The public affairs office at Ft. Bliss gave me a copy of the original list of charges against Pfc. Corsetti. *See* Charge Sheet for Corsetti, Damien M., attached hereto as Ex. A. Among these charges, the Prosecution accused Pfc. Corsetti of physically abusing and sexually humiliating a detainee at Bagram named "Ahmed Al Darbi," between on or about August 1, 2002 and on or about February 1, 2003. *See* Ex. A. This detainee was the primary accuser against Pfc. Corsetti.

6. As part of the Prosecution's case-in-chief, Special Agent Angela Birt of the United States Army Criminal Investigation Command testified that the Bagram detainee named "Ahmed Al Darbi" was identified by Internment Serial Number (ISN) 768. Petitioner Al Darbi is also identified by ISN 768. *See* Am Pet. ¶ 4; *see also* Am. Pet. Ex. A at 3. Accordingly, Special Agent Birt's testimony confirmed that Petitioner Al Darbi was the "Ahmed Al Darbi" involved in the court-martial.

7. On May 30, 2006, the Prosecution read into the record the transcript of the deposition testimony of Petitioner Al Darbi, taken at the U.S. Naval Station, Guantánamo Bay, Cuba ("Guantánamo") in or about February 2006 in connection with the court-martial. Although the Prosecution requested that Petitioner Al Darbi be allowed to present live testimony at the court-martial, the United States military would not permit Petitioner Al Darbi to leave Guantánamo.

8.  During this deposition, Petitioner Al Darbi was questioned by counsel for the Prosecution and by Pfc. Corsetti's civilian defense attorney, William E. Cassara.

9.  William E. Cassara is a civilian attorney engaged in the private practice of law. *See About Mr. Cassara,* http://www.williamcassara.com/bio.htm, attached hereto as Ex. B. Mr. Cassara is not employed by the United States military or any other government agency or organization. *Id.*

10.  Mr. Cassara did not limit his deposition questions to Petitioner Al Darbi's allegations of abuse, but also explored the underlying circumstances of Petitioner Al Darbi's detention by the United States military.

11.  As of the date of this writing, the United States Army continues to prohibit Simpson Thacher from access to Petitioner Al Darbi as Petitioner Al Darbi's counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 27, 2006.

_____
Karen E. Abravanel

# CHARGE SHEET

## I. PERSONAL DATA

| 1. NAME OF ACCUSED (Last, First, MI) | 2. SSN | 3. GRADE OR RANK | 4. PAY GRADE |
|---|---|---|---|
| CORSETTI, Damien M. | ███████ | PFC | E3 |

| 5. UNIT OR ORGANIZATION | 6. CURRENT SERVICE | |
|---|---|---|
| Company A, 519th Military Intelligence Battalion, Fort Bragg, NC 28310 | a. INITIAL DATE<br>4 Oct 00 | b. TERM<br>5 years |

| 7. PAY PER MONTH | | | 8. NATURE OF RESTRAINT OF ACCUSED | 9. DATE(S) IMPOSED |
|---|---|---|---|---|
| a. BASIC | b. SEA/FOREIGN DUTY | c. TOTAL | | |
| 1641.00 | N/A | 1641.00 | NONE | N/A |

## II. CHARGES AND SPECIFICATIONS

10.

CHARGE I: VIOLATION OF THE UCMJ, ARTICLE 92

SPECIFICATION 1: In that Private First Class Damien M. Corsetti, United States Army, did, at or near Bagram Airfield, Afghanistan, on divers occasions between on or about 1 August 2002 to on or about 1 February 2003, violate a lawful general order, to wit: Paragraph 2 (c), United States Central Command General Order Number 1A dated 19 December 2000 by wrongfully possessing and consuming alcohol.

SPECIFICATION 2: In that Private First Class Damien M. Corsetti, United States Army, who knew of his duties at or near Bagram Airfield, Afghanistan, on divers occasions between on or about 1 August 2002 to on or about 1 February 2003, was derelict in the performance of those duties in that he willfully failed to conduct interrogations of detainees according to approved tactics, techniques, and procedures as it was his duty to do.

SPECIFICATION 3: In that Private First Class Damien M. Corsetti, United States Army, who knew of his duties at or near Bagram Airfield, Afghanistan, between on or about 1 August 2002 to on or about 1 February 2003, was derelict in the performance of those duties in that he willfully failed to prevent his interrogation partner from throwing articles of garbage and soiled toilet paper onto the person of ███████████ (a.k.a. BT ███), as it was his duty to do.

(SEE CONTINUATION SHEET)

## III. PREFERRAL

| 11a. NAME OF ACCUSER (Last, First, MI) | b. GRADE | c. ORGANIZATION OF ACCUSER |
|---|---|---|
| ███████████ | O-3 | HHB, USAADACENFB, FORT BLISS, TX |

| d. SIGNATURE OF ACCUSER | e. DATE |
|---|---|
| ███████████ | 29 SEPTEMBER 2005 |

AFFIDAVIT: Before me, the undersigned, authorized by law to administer oaths in cases of this character, personally appeared the above named accuser this 29th day of September, 2005, and signed the foregoing charges and specifications under oath that he/she is a person subject to the Uniform Code of Military Justice and that he/she either has personal knowledge of or has investigated the matters set forth therein and that the same are true to the best of his/her knowledge and belief.

|  |  |
|---|---|
| ███████████ | HHB, USAADACENFB, FORT BLISS, TX |
| Typed Name of Officer | Organization of Officer |
| O-3 | JUDGE ADVOCATE |
| Grade | Official Capacity to Administer Oath<br>(See R.C.M. 307(b) - must be a commissioned officer) |
| ███████████ | |
| Signature | |

DD FORM 458, AUG 2000       PREVIOUS EDITION IS OBSOLETE.

CONTINUATION SHEET DD FORM 458, Damien M. CORSETTI, Private First Class, ▓▓▓▓ ▓▓, Company A, 519th Military Intelligence Battalion, Fort Bragg, NC 28310

Item 10, continued:



CHARGE II—ARTICLE 93

SPECIFICATION 1: In that Private First Class Damien M. Corsetti, United States Army, on divers occasion from on or about 1 August 2002 to on or about 1 February 2003, did maltreat Persons Under US Control ("PUCs"), persons subject to his orders during interrogation, by sitting on top of them during interrogation.

SPECIFICATION 2: In that Private First Class Damien M. Corsetti, United States Army, between on or about 1 August 2002 to on or about 1 February 2003, at or near Bagram Airfield, Afghanistan, did maltreat ▓▓▓▓▓▓▓ (a.k.a. BT ▓▓), a person subject to his orders during interrogation, by sitting on top of him, throwing articles of garbage onto his person, putting cigarette ash onto his person, walking across his handcuffs in order to inflict pain upon ▓▓▓▓▓▓▓, and forcefully pulling hairs out of ▓▓▓▓▓▓▓'s chest.

SPECIFICATION 3: In that Private First Class Damien M. Corsetti, United States Army, between on or about 1 August 2002 to on or about 1 February 2003, at or near Bagram Airfield, Afghanistan, did maltreat ▓▓▓▓▓▓▓ (a.k.a. BT ▓▓), a person subject to his orders during interrogation, by grabbing ▓▓▓▓▓▓▓ by the head and shoulders; by removing ▓▓▓▓▓▓▓'s pants so that his genitalia were exposed to a female interrogator, SGT ▓▓▓▓▓▓▓; and by bending ▓▓▓▓▓▓▓ over an interrogation table and waving a water bottle around in close proximity to ▓▓▓▓▓▓▓'s buttocks.

CHARGE III—ARTICLE 112a

SPECIFICATION: In that Private First Class Damien M. Corsetti, United States Army, did at or near Bagram Airfield, Afghanistan, between on or about 1 August 2002 and on or about 1 February 2003, wrongfully use hashish, a Schedule I controlled substance, while receiving special pay under 37 U.S.C. § 310.

CONTINUATION SHEET DD FORM 458, Damien M. CORSETTI, Private First Class, ███ ███, Company A, 519th Military Intelligence Battalion, Fort Bragg, NC 28310

Item 10, continued:

CHARGE IV—ARTICLE 128

SPECIFICATION 1: In that Private First Class Damien M. Corsetti, United States Army, did, at or near Bagram Airfield, Afghanistan, between on or about 30 November 2002 and on or about 10 December 2003, unlawfully grab and pull the head and beard of a detainee known as Person Under US Control ("PUC") ███ (a.k.a. BT ███).

SPECIFICATION 2: In that Private First Class Damien M. Corsetti, United States Army, did, at or near Bagram Airfield, Afghanistan, between on or about 1 August 2002 and on or about 1 February 2003, unlawfully strike ███████ (a.k.a. BT ███) in the leg, groin and chest with his hands and knees.

SPECIFICATION 3: In that Private First Class Damien M. Corsetti, United States Army, did, at or near Bagram Airfield, Afghanistan, between on or about 1 August 2002 and on or about 1 February 2003, assault ███████ (a.k.a. BT ███) by showing ███████ a condom and his penis and then stating: "This is special for you," "This is your God," and "I'm going to fuck you," or words to that effect.

CHARGE V—ARTICLE 134

SPECIFICATION 1: In that Private First Class Damien M. Corsetti, United States Army, did, at or near Bagram Airfield, Afghanistan, between on or about 1 August 2002 and on or about 1 February 2003, wrongfully commit an indecent act with ███████ (a.k.a. BT ███) by showing his penis to ███████, placing his penis near Ahmed Al Darbi's face, and placing his groin against ███████'s buttocks.

SPECIFICATION 2: In that Private First Class Damien M. Corsetti, United States Army, did, at or near Bagram Airfield, Afghanistan, between on or about 1 August 2002 and on or about 1 February 2003, while in an interrogation, willfully and wrongfully expose in an indecent manner to public view his genitalia.

SPECIFICATION 3: In that Private First Class Damien M. Corsetti, United States Army, did, at or near Bagram Airfield, Afghanistan, between on or about 1 August 2002 and on or about 1 February 2003, orally communicate to ███████ (a.k.a. BT ███), certain indecent language, to wit: "This is special for you," "This is your God," and "I'm going to fuck you," or words to that effect.

**William E. Cassara, P.C.**
Attorney at Law

Toll Free (888) 288-3347

## About Mr. Cassara

Mr. Cassara is a seasoned attorney with nearly twenty years of experience in all aspects of the military justice system.

From 1988-1993, Mr. Cassara was on active duty with the United States Army Judge Advocate General's Corps. He served as a Legal Assistance Attorney and Trial Counsel in Augsburg, Germany from 1988-1991. During this time, he prosecuted numerous special and general courts-martial. From 1991-1993, Mr. Cassara was stationed at Fort Meade, Maryland, and served as the Officer in Charge of the Trial Defense Service office. He defended soldiers at all level of courts-martials, and achieved favorable results on a number of cases.

Since 1993, Mr. Cassara has been engaged in the private practice of law. First in Baltimore, Maryland, and now in Augusta, Georgia, his practice is limited to representing service members before courts-martial, appeals of courts-martial, administrative hearings, discharge reviews, correction of military records and all other adverse matters effecting military members. Additionally, Mr. Cassara practices before the Army, Air Force and Navy/Marine Corps Clemency and Parole Boards, the Army, Air Force and Navy/Marine Corps Discharge Review Boards, the Army, Air Force and Navy/Marine Corps Boards for Correction of Military (or Naval) Records, and the Defense Office of Hearings and Appeals.

Mr. Cassara also represents service members in claims against the military for medical malpractice, personal injury, etc.

Since entering private practice, Mr. Cassara has handled a number of complicated military courts-martial, and courts-martial appeals. He has also represented service members before administrative discharge boards, discharge review boards, boards for correction of military records, etc. See, Significant Recent Cases.

In addition to his private practice, Mr. Cassara served as an adjunct faculty member at the

- Homepage
- Courts-Martial
- Courts-Martial Appeals
- Administrative Boards
- Investigations & Article 15s
- Records Correction & Discharge Upgrades
- Claims Against the Military
- Military Justice Answer Center
- About Mr. Cassara
- Media

Search the Military Justice Answer Center: [   ] Go!

About William Cassara



University of Baltimore School of Law from 1984-1986, and has served as an adjunct faculty member at the University of South Carolina School of Law from 1987 to the present. He has taught classes in military law, legal research and writing and appellate advocacy. In addition, Mr. Cassara is frequently called upon to speak to both military and civilian attorneys about various aspects of military law.

**Admitted to practice in:**

State of Georgia
State of Maryland
Army, Navy, Air Force and Coast Guard Courts of Criminal Appeals
Court of Appeals for the Armed Forces
Federal Claims Court
Federal District Courts of Georgia and Maryland

**Education:**

Bachelor of Arts:  Florida State University, 1982
Juris Doctor:  University of Baltimore, 1988

William E. Cassara, P.C., PO Box 2688, Evans, GA 30809
Augusta, Georgia (706) 860-5769; Toll-Free (888) 288-3347

©1999-2006 William E. Cassara, P.C.

Home | Courts-Martial | Appeals | Boards | Investigations & Article 15s | Media
Records Correction & Discharge Upgrades | Claims Against the Military | Contact Mr. Cassara

http://www.williamcassara.com/bio.htm                                              6/27/2006