# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AHMED AL DARBY, *et al.*,  )<br>)<br>  *Petitioners,*  )<br>)<br>v.   )<br>)<br>GEORGE W. BUSH, *et al.*,  )<br>)<br>  *Respondents.*  )<br>) | Civil Action No. 05-CV-2371 (RCL) |

## [PROPOSED] ORDER DIRECTING RESPONDENTS TO SHOW CAUSE

It is hereby ORDERED that:

(1) Within 3 days of service of a copy of this Order and the accompanying Memorandum, Respondents shall file and serve on the Petitioners a statement which shows cause why an order should not be entered applying the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, first issued on November 8, 2004, in *In re Guantanamo Detainee Cases*, 344 F. Supp. 2d 174 (D.D.C. 2004), the Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, first issued on December 13, 2004, in *In re Guantanamo Detainee Cases*, and the Order Addressing Designation Procedures for "Protected Information," first issued on November 10, 2004, in *In re Guantanamo Detainee Cases* (collectively, the "Protective Order"), to the instant case; and

(2) The Clerk of Court is directed to furnish a copy of the Protective Order and a certified copy of this Order to the United States Marshal for the purpose of serving Respondents,

the Attorney General of the United States, and the United States Attorney for the District of Columbia.

    SO ORDERED this ___ day of _____, 2006.

                                             _____
                                             ROYCE C. LAMBERTH
                                             United States District Judge