## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2006, I caused to be served upon Respondent Rear Admiral Harry B. Harris, Jr. a true and correct copy of Petitioners' Renewed Motion for Immediate Entry of the Protective Order or, Alternatively, to Issue an Order to Show Cause, Based on Changed Circumstances, together with related exhibits (dkt. no. 10), by sending the same via certified mail to:

> Civil Process Clerk
> United States Attorney's Office
> District of Columbia District
> 555 4th Street, NW
> Washington, D.C. 20530
>
> Alberto R. Gonzales
> Attorney General of the United States
> United States Department of Justice
> Robert F. Kennedy Building
> Tenth Street & Constitution Ave., NW
> Room 5111
> Washington, D.C. 20530
>
> Rear Admiral Harry B. Harris, Jr.
> Commander, Joint Task Force – GTMO
> U.S. Naval Station, Guantánamo Bay, Cuba
> JTF-GTMO
> APO AE 09360
> c/o United States Army
> Army Pentagon
> Washington, D.C. 20310-0200

*Karen E. Abravanel*
Karen E. Abravanel