UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **AHMED AL DARBY, et. al.,** | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-2371 (RCL) |
| **GEORGE W. BUSH,** **President of the United States, et. al.,** | ) ) ) ) | |
| Respondents. | ) ) ) | |

## ORDER

Petitioners' motion [4], as renewed [10], for Expedited Entry of the Protective Order is hereby GRANTED.  The following orders entered in the In re Guantanamo Detaineee Cases shall be fully applicable in this case as if entered herein: (1) Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, issued November 8, 2004 (344 F. Supp. 2d 174 (D.D.C. 2004)); (2) Order Addressing Designation Procedures for "Protected Information," issued November 10, 2004; and (3) Order Supplementing and Amending Filing Procedures Contained n November 8, 2004 Amended Protective Order, issued December 13, 2004.  The motion for order to show cause is denied as moot.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, July 3, 2006.