IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AHMED AL DARBY, *et al.*, <br><br> *Petitioners,* <br><br> v. <br><br> GEORGE W. BUSH, *et al.*, <br><br> *Respondents.* | Civil Action No. 05-CV-2371 (RCL) |

**NOTICE OF FILING MEMORANDUM OF UNDERSTANDING REGARDING
ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION**

Pursuant to Paragraph 18 of the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, issued November 8, 2004 (344 F. Supp. 2d 174 (D.D. C. 2004)), as made fully applicable in the above-captioned case by the Court's Order on July 3, 2006 (dkt. no. 12), Petitioners hereby give notice to all parties of the filing of the attached Memorandum of Understanding Regarding Access to Classified National Security Information.

Dated: July 13, 2006

Respectfully Submitted,

SIMPSON THACHER & BARTLETT LLP

/s/ Paul C. Curnin
Paul C. Curnin
Veronica Vela
Karen E. Abravanel
Nathaniel I. Kolodny
425 Lexington Avenue
New York, New York 10017
Tel: (212) 455-2000
Fax: (212) 455-2502

Attorneys for Petitioners

*Of Counsel:*

Gitanjali S. Gutierrez
Barbara J. Olshansky (NY0057)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499