PREVIOUSLY FILED WITH CSO
AND CLEARED FOR PUBLIC FILING

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

AHMED AL DARBY, *et al.*,

        *Petitioners,*

    v.

GEORGE W. BUSH, *et al.*,

        *Respondents.*

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 05-CV-2371 (RCL)

## NOTICE REGARDING ATTORNEY-CLIENT COMMUNICATIONS

   Pursuant to the Court's August 4, 2006 Order (dkt. no. 18), Petitioners hereby notify the Court that, prior to June 18, 2006, any communications between undersigned counsel and Petitioner Ahmad Mohammad Al Darbi were limited to unprivileged preliminary correspondence.

Dated: August 15, 2006

       Respectfully submitted,

       SIMPSON THACHER & BARTLETT LLP

       /s/ Paul C. Curnin
       Paul C. Curnin
       Veronica Vela
       Karen E. Abravanel
       Nathaniel I. Kolodny
       425 Lexington Avenue
       New York, New York 10017
       (212) 455-2000

       Attorneys for Petitioners

*Of Counsel*:
Barbara J. Olshansky (NY0057)
Gitanjali S. Gutierrez
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499