# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| AHMED AL DARBI, *et al.*, | ) ) ) |
| *Petitioners,* | ) ) ) |
| v. | ) Civil Action No. 05-CV-2371 (RCL) |
| GEORGE W. BUSH, *et al.*, | ) ) ) |
| *Respondents.* | ) ) |

## NOTICE OF FILING

TO THE COURT AND COUNSEL FOR RESPONDENTS:

PLEASE TAKE NOTICE THAT, in compliance with the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, issued November 8, 2004 (344 F. Supp. 2d 174 (D.D. C. 2004)), as made fully applicable in the above-captioned case by the Court's Order on July 3, 2006 (dkt. no. 12), Petitioners have today submitted the following documents to the Court's designated Court Security Officer:

- Petitioners' Motion for Order Requiring Respondents to Provide Thirty Days' Advance Written Notice of Any Intended Transfer or Removal of Petitioner Ahmad Mohammad Al Darbi

Dated: September 11, 2006

        Respectfully Submitted,

        SIMPSON THACHER & BARTLETT LLP

        /s/ Paul C. Curnin
        Paul C. Curnin
        Veronica Vela
        Karen E. Abravanel
        Nathaniel I. Kolodny
        425 Lexington Avenue
        New York, New York 10017

        Tel: (212) 455-2000
        Fax: (212) 455-2502

        Attorneys for Petitioners

*Of Counsel:*

Gitanjali S. Gutierrez
Barbara J. Olshansky (NY0057)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499