# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AHMED AL DARBI, *et al.*, <br><br> *Petitioners,* <br><br> v. <br><br> GEORGE W. BUSH, *et al.*, <br><br> *Respondents.* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 05-CV-2371 (RCL) |

## NOTICE OF FILING

TO THE COURT AND COUNSEL FOR RESPONDENTS:

PLEASE TAKE NOTICE THAT, in compliance with the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, issued November 8, 2004 (344 F. Supp. 2d 174 (D.D.C. 2004)), as made fully applicable in the above-captioned case by the Court's Order on July 3, 2006 (dkt. no. 12), Petitioners have today submitted the following documents to the Court's designated Court Security Officer:

- Petitioners' Motion for Order Requiring Respondents to Provide Counsel for Petitioner and the Court with Factual Returns

Dated: September 12, 2006

                                             Respectfully Submitted,

                                             SIMPSON THACHER & BARTLETT LLP

                                             /s/ Paul C. Curnin
                                             Paul C. Curnin
                                             Veronica Vela
                                             Karen E. Abravanel
                                             Nathaniel I. Kolodny
                                             425 Lexington Avenue
                                             New York, New York 10017
                                             Tel: (212) 455-2000

Fax: (212) 455-2502

Attorneys for Petitioners

*Of Counsel:*

Gitanjali S. Gutierrez
Barbara J. Olshansky (NY0057)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499