# EXHIBIT

# A

**The New York Times**
nytimes.com

March 30, 2005

# Judge Limits the Transfer Of 13 From Guantánamo

**By DAVID JOHNSTON**

In a defeat for the Bush administration, a federal judge ruled on Tuesday that the government could not transfer 13 Yemenis from the detention center at Guantánamo Bay, Cuba, unless it notified the judge and gave their lawyers a month to challenge the removal.

The opinion, by Judge Henry H. Kennedy Jr. of Federal District Court for the District of Columbia, was issued on a procedural skirmish that involved a small number of detainees, but it represented another rebuff to the administration's core legal contention that it has unbridled power to detain and transfer prisoners in the campaign against terror without court reviews.

The Pentagon also announced that it had completed determining whether those held at the Guantánamo naval base were properly detained as unlawful enemy combatants. Navy Secretary Gordon R. England said that of the 558 cases reviewed, 38 detainees were no longer considered enemy combatants and could be eligible for release.

It could not be learned whether any of the Yemenis who were plaintiffs in the court case would be affected, because military officials did not identify those eligible for release.

In his ruling, Judge Kennedy suggested that the 30-day notice was justified because the Yemenis had grounds for fears voiced by their lawyers that the government might send them to other countries where they might be subjected to extreme interrogation methods and indefinitely detained.

David H. Remes, a lawyer here for the 13, said the ruling placed new limits on the government.

"On a practical level, this decision places a restraint on the government's rendition policy," he said, referring to the practice of transferring terror suspects from country to country without formal legal proceedings. "On a more political level, it's another rejection of the government's position that it is accountable to no one but itself and that the courts have no meaningful role to play here."

A spokesman for the Justice Department said government lawyers in the case would not discuss the opinion. A Pentagon spokesman said the Defense Department "disagrees with the ruling by Judge Kennedy establishing the need to notify the detainees' counsel before anyone is transferred to his home country." The spokesman said the Pentagon had previously told the court that "we understand and follow our obligations regarding the transfer of individuals to other countries."

In its legal papers, the government argued that granting the detainees' petition for advance notice of any transfer would "illegitimately encroach on foreign relations and national security prerogatives of the executive branch" and damage the government's ability to coordinate counterterrorism efforts with other countries. It also argued that a 30-day notice would "undermine" the government's effort to reduce the number of detainees in American custody.

Justice Department lawyers waged an unusually aggressive fight for the right to make decisions about the detainees' movements without having to notify their lawyers or the judge of their intentions. They had argued that there were no immediate plans to move any of the detainees, and they repeated administration statements that the United States did not send detainees to countries where it was more likely that they would be tortured.

Human rights lawyers expressed hope that the opinion on Tuesday, which applies just to the Yemenis at Guantánamo, would influence more than 40 other cases in which judges are considering similar petitions filed by lawyers for about 130 additional detainees. Lawyers are also trying to file similar actions for the remainder of the 540 detainees at the base.

The Pentagon has said about 214 detainees have left the base. Of those, 149 were transferred to their home countries. Most have been freed, but others have been detained by those governments.

In practice, Judge Kennedy's opinion stops the Pentagon from removing the 13 without notice at a time officials have said the government is moving to reduce the number of detainees by transferring many to other countries.

The detainees' lawyers said transferring the Yemenis would in effect end a broader challenge to the legality of their detention. In his opinion, Judge Kennedy agreed that transfer of the Yemenis would deprive the court of jurisdiction over the wider dispute.

Copyright 2006 The New York Times Company   |  Home   |  Privacy Policy   |  Search   |  Corrections   |   XML   |  Help   |  Contact Us   |  Work