IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AHMED AL DARBI, *et al.*,<br><br>　　　　*Petitioners,*<br><br>　　v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>　　　　*Respondents.* | Civil Action No. 05-CV-2371 (RCL) |

## NOTICE OF FILING

TO THE COURT AND COUNSEL FOR RESPONDENTS:

PLEASE TAKE NOTICE THAT, in compliance with the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, issued November 8, 2004 (344 F. Supp. 2d 174 (D.D.C. 2004)), as made fully applicable in the above-captioned case by the Court's Order on July 3, 2006 (dkt. no. 12), Petitioners have today submitted the following document to the Court's designated Court Security Officer:

- Reply Brief in Support of Petitioners' Motion For Order Requiring Respondents to Provide Thirty Days' Advance Written Notice of Any Intended Transfer or Removal of Petitioner Ahmad Mohammad Al Darbi From Guantanamo Bay, Cuba

Dated: September 29, 2006

　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　SIMPSON THACHER & BARTLETT LLP

　　　　　　　　　　　　　　　　　　　/s/ Paul C. Curnin
　　　　　　　　　　　　　　　　　　　Paul C. Curnin
　　　　　　　　　　　　　　　　　　　Veronica Vela
　　　　　　　　　　　　　　　　　　　Karen E. Abravanel
　　　　　　　　　　　　　　　　　　　Nathaniel I. Kolodny
　　　　　　　　　　　　　　　　　　　425 Lexington Avenue
　　　　　　　　　　　　　　　　　　　New York, New York 10017

         Tel: (212) 455-2000
         Fax: (212) 455-2502

        Attorneys for Petitioners

*Of Counsel:*

Gitanjali S. Gutierrez
Barbara J. Olshansky (NY0057)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499