# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AHMED AL DARBI, *et al.*, | ) |
| *Petitioners,* | ) |
| v. | ) Civil Action No. 05-CV-2371 (RCL) |
| GEORGE W. BUSH, *et al.*, | ) |
| *Respondents.* | ) |

## NOTICE OF FILING

TO THE COURT AND COUNSEL FOR RESPONDENTS:

PLEASE TAKE NOTICE THAT, in compliance with the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, issued November 8, 2004 (344 F. Supp. 2d 174 (D.D. C. 2004)), as made fully applicable in the above-captioned case by the Court's Order on July 3, 2006 (dkt. no. 12), Petitioners have today submitted the following document to the Court's designated Court Security Officer:

- Petitioners' Reply Brief in Support of Petitioners' Motion for Order Requiring Respondents to Provide Counsel for Petitioners and the Court with Factual Return

Dated: October 9, 2006

Respectfully Submitted,

SIMPSON THACHER & BARTLETT LLP

/s/ Paul C. Curnin
Paul C. Curnin
Veronica Vela
Karen E. Abravanel
Nathaniel I. Kolodny
425 Lexington Avenue
New York, New York 10017
Tel: (212) 455-2000

        Fax: (212) 455-2502

        Attorneys for Petitioners

*Of Counsel:*

Gitanjali S. Gutierrez
Barbara J. Olshansky (NY0057)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499