IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

AHMED AL DARBY, *et al.*,

    Petitioners,

    v.

GEORGE W. BUSH, *et al.*,

    Respondents.

---

: Civil Action No. 05 CV 2371 (RCL)

**NOTICE OF APPEARANCE AND CERTIFICATION
OF REPRESENTATION WITHOUT COMPENSATION**

  Please enter my appearance on behalf of the petitioners in the above-captioned case. I hereby further certify, pursuant to Local Civil Rule 83.2(g), that I am representing these petitioners without compensation.

Dated: New York, New York
    March 10, 2007

        Respectfully submitted,

        Counsel for Petitioners:

        /s/ J. Wells Dixon
        J. Wells Dixon (Pursuant to LCvR 83.2(g))
        CENTER FOR CONSTITUTIONAL RIGHTS
        666 Broadway, 7th Floor
        New York, New York 10012
        Tel: (212) 614-6464
        Fax: (212) 614-6499