IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AHMED AL DARBY, *et al.*, <br><br> *Petitioners,* <br><br> v. <br><br> GEORGE W. BUSH, *et al.*, <br><br> *Respondents.* | Civil Action No. 05-CV-2371 (RCL) |

## NOTICE OF FILING

TO THE COURT AND COUNSEL FOR RESPONDENTS:

PLEASE TAKE NOTICE THAT, in compliance with the Amended Protective Order entered in the above-captioned case, Petitioners have today submitted the following document to the Court Security Officer for clearance for public filing in this case:

- Petitioners' Opposition To Respondents' Motion To Dismiss And Cross-Motion For A Stay-And-Abey Order

This document will be filed via the Electronic Case Filing system when it has been cleared by the Court Security Officer.

Dated: May 3, 2007

                                                          Respectfully Submitted,

                                                          SIMPSON THACHER & BARTLETT LLP

                                                          /s/ Paul C. Curnin
                                                          Paul C. Curnin
                                                          Veronica Vela
                                                          Karen E. Abravanel
                                                          425 Lexington Avenue
                                                          New York, New York 10017
                                                          Tel: (212) 455-2000
                                                          Fax: (212) 455-2502

                                                          Attorneys for Petitioners