IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AHMED AL DARBY, *et al.*,<br><br>        *Petitioners*,<br><br>    v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>        *Respondents.* | Civil Action No. 05-CV-2371 (RCL) |

## NOTICE OF FILING

TO THE COURT AND COUNSEL FOR RESPONDENTS:

PLEASE TAKE NOTICE THAT, in compliance with the Amended Protective Order entered in the above-captioned case, Petitioners have today submitted the following document to the Court Security Officer for clearance for public filing in this case:

- Petitioners' Reply Brief In Support Of Cross-Motion For Stay-And-Abey Order

This document will be filed via the Electronic Case Filing system when it has been cleared by the Court Security Officer.

Dated: May 24, 2007

                                  Respectfully Submitted,

                                  SIMPSON THACHER & BARTLETT LLP

                                  /s/ Paul C. Curnin
                                  Paul C. Curnin
                                  Veronica Vela
                                  Karen E. Abravanel
                                  425 Lexington Avenue
                                  New York, New York 10017
                                  Tel: (212) 455-2000
                                  Fax: (212) 455-2502

                                  Attorneys for Petitioners