CLEARED FOR PUBLIC FILING BY THE CSO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AHMED AL DARBY, *et al.*, | ) <br> ) <br> ) |
| *Petitioners,* | ) <br> ) <br> ) |
| v. | ) Civil Action No. 05-CV-2371 (RCL) |
| GEORGE W. BUSH, *et al.*, | ) <br> ) <br> ) <br> ) |
| *Respondents.* | ) <br> ) <br> ) |

## NOTICE OF RECENT ACTIVITY IN CONNECTION WITH RESPONDENTS' MOTION TO DISMISS AND PETITIONERS' CROSS-MOTION FOR STAY-AND-ABEY ORDER

Petitioners respectfully give notice that on June 29, 2007, the Supreme Court granted the petitions for writ of *certiorari* in *Boumediene v. Bush*, 476 F.3d 981 (D.C. Cir. 2007), and vacated the April 2, 2007 orders upon which Respondents rely in their pending motion to dismiss (dkt. no. 38). The Supreme Court's decision underscores the appropriateness of denying Respondents' motion to dismiss and granting Petitioners' pending cross-motion for a stay-and-abey order (dkt. no. 43).

Dated: July 9, 2007

Respectfully submitted,

SIMPSON THACHER & BARTLETT LLP

/s/ Paul C. Curnin
Paul C. Curnin
Veronica Vela
Karen E. Abravanel
425 Lexington Avenue
New York, New York 10017
(212) 455-2000

Attorneys for Petitioners

*Of Counsel*:

J. Wells Dixon
Gitanjali S. Gutierrez
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499