UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AHMED AL DARBY, *et al.*, Petitioner, v. GEORGE W. BUSH, President of the United States, *et al.*, Respondents. | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 05-2371 (RCL) |

## ORDER

Until a final ruling is made on this Court's jurisdiction, the petitioner's motion [24] for an order requiring notice of transfer or return, and petitioner's motion [25] for an order requiring factual returns are both denied, without prejudice.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, August 8, 2007.