IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------- x
:
AHMED AL DARBY, *et al.*, :
:
           Petitioners, :
:
    v. :   Civil Action No. 05 CV 2371 (RCL)
:
GEORGE W. BUSH, *et al.*, :
:
           Respondents. :
:
---------------------------------------------------------- x

**NOTICE OF APPEARANCE AND CERTIFICATION
OF REPRESENTATION WITHOUT COMPENSATION**

    Please enter my appearance on behalf of the petitioners in the above-captioned case. I hereby further certify, pursuant to Local Civil Rule 83.2(g), that I am representing these petitioners without compensation.

Dated:    New York, New York
              February 13, 2008

                          Respectfully submitted,

                          Counsel for Petitioners:

                          /s/ Shayana Kadidal
                          Shayana Kadidal (Pursuant to LCvR 83.2(g))
                          CENTER FOR CONSTITUTIONAL RIGHTS
                          666 Broadway, 7th Floor
                          New York, New York 10012
                          Tel: (212) 614-6464
                          Fax: (212) 614-6499