## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
**AHMED AL DARBY,**                                 )
      *et al.*,                                )
          **Petitioner,**               )
                                                    )    **Civil Action No. 05-2371 (RCL)**
  **v.**                                        )
                                                    )
**GEORGE W. BUSH,**                                 )
    **President of the United States,**       )
    *et al.*,                            )
          **Respondents.**            )
_____)

### <u>ORDER</u>

Respondents' motion [38] to dismiss is DENIED, without prejudice to a new motion after the Supreme Court decides whether the District Court or the Court of Appeals has jurisdiction to proceed in this and the related Guantanamo cases.

Petitioner's cross-motion [43] for stay is therefore denied as moot.

SO ORDERED.


Signed by United States District Judge Royce C. Lamberth, March 31, 2008.