IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AHMAD MOHAMMAD AL DARBI       )<br>                              )<br>   Petitioner,               )<br>                              )<br>   v.                         )   Civil Action No. 05-2371 (RCL)<br>                              )<br>BARACK OBAMA, *et al.*,        )<br>                              )<br>   Respondents.              )<br>                              ) | |

**ORDER**

Upon consideration of Respondents' Consent Motion to Extend Date for Compliance with Section I.D.1 of the Case Management Order, as amended December 16, 2008 ("CMO") (Dk. # 100), and without objection by Petitioner, it is ORDERED that:

Respondents shall comply with Section I.D.1 of the CMO by not later than May 5, 2009.


Date: 4/15/2009                              /s/ Royce C. Lamberth
                                             United States District Judge