## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AHMAD MOHAMMAD AL DARBI,<br><br>                Petitioner,<br>v.<br><br>BARACK OBAMA, *et al.*,<br><br>                Respondents. | Civil Action No. 05-2371 (RCL) |

**ORDER**

Upon consideration of the Consent Motion for Extension of Time to File Discovery Motion beyond that now required by the Order entered on June 2, 2009 [164], and without objection by Respondents, it is hereby

ORDERED that Petitioner's time to file his discovery motion is continued until July 24, 2009.


Date:  7/9/2009                                                      _____/s/_____

                                                                                                    UNITED STATES DISTRICT JUDGE