IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AHMAD MOHAMMAD AL DARBI, | ) ) ) ) | |
| Petitioner, | ) ) | Civil Action No. 05-cv-2371 (RCL) |
| v. | ) ) | |
| BARACK H. OBAMA, *et al.*, | ) ) ) ) | |
| Respondents. | ) ) | |

**ORDER**

The Court, having considered Respondents' Unopposed Motion for Extension of Time to Oppose Petitioner's Motion to Compel Production of Exculpatory Information and Automatic Discovery, hereby **ORDERS** that the Motion is **GRANTED**. Respondents will file their response to the Petitioner's motion on or before September 4, 2009.

IT IS SO ORDERED, this  18th  day of  August , 2009.

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　　Royce C. Lamberth
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge