IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AHMAD MOHAMMAD AL DARBI, <br><br> Petitioner, <br><br> v. <br><br> BARACK OBAMA, <br> President of the United States, *et al.*, <br><br> Respondents. | Civil Action No. 05-2371 (RCL) |

## [PROPOSED] ORDER

Upon Petitioner's Unopposed Motion for Extension of Time to the Court's August 17, 2010 Scheduling Order it is hereby,

1. ORDERED that Petitioner must file his Traverse on or before February 8, 2011;

2. ORDERED that Respondents must file their motion to amend the Factual Return by March 15, 2011; and

3. ORDERED that the parties must file a Joint Status Report on or before March 29, 2011, in which they will either:

   a. notify the Court that Petitioner intends to move for additional discovery and/or amend his Traverse and propose a briefing schedule on that matter; or

   b. propose a briefing schedule for the parties' cross-motions for judgment on the record.

SO ORDERED

Date: 12/24/10

Royce C. Lamberth

UNITED STATES DISTRICT JUDGE