UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
DEC 2 0 2011
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| AHMAD MOHAMMAD AL DARBI, ) | |
| ) | |
| Petitioner, ) | Civil Action No. 05-2371 (RCL) |
| ) | |
| v. ) | |
| ) | |
| BARACK OBAMA, *et al.*, ) | Filed Under Seal |
| ) | |
| Respondents. ) | |

## ORDER

Upon consideration of petitioner's Unopposed Motion to Seal and Designate Sensitive and Private Information as Protected, and without objection by respondents, it is hereby

**ORDERED** that petitioner's motion is **GRANTED**. Respondents shall not file on the public record another public version of the factual return but instead shall file the new public version under seal; and it is further

**ORDERED** that certain portions of Exhibit 3, Part 3 to respondents' proposed public factual return, identified by yellow highlighting in the version of Exhibit 3, Part 3 attached to petitioner's motion, shall also be designated protected information.

Upon filing of a traverse, the material herewith filed under seal shall be unsealed, except for the designated protected information.

**SO ORDERED** this 20th day of December 2011.

ROYCE C. LAMBERTH

Chief Judge
United States District Court