**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SUHAIL ABDOH ANAM, *et al.*, | C.A. No. 04-CV-01194 (TFH) |
| SAIFULLAH ABDULLAH PARACHA, | C.A. No. 04-CV-02022 (PLF) |
| AHCENE ZEMIRI, *et al.*, | C.A. No. 04-CV-02046 (CKK) |
| MOHAMMED AL-ADAHI, *et al.*, | C.A. No. 05-CV-00280 (GK) |
| RAFIQ BIN BASHIR JALUD AL-HAMI, *et al.*, | C.A. No. 05-CV-00359 (GK) |
| AHAMED ABDUL AZIZ, *et al.*, | C.A. No. 05-CV-00492 (RCL) |
| MUHAMMED KHAN TUMANI, *et al.*, | C.A. No. 05-CV-00526 (RMU) |
| MOHAMMEDOU OULD SALAHI, *et al.*, | C.A. No. 05-CV-00569 (RCL) |
| KARIN BOSTAN, | C.A. No. 05-CV-00883 (RBW) |
| MOHAMMAD MUSTAFA SOHAIL, | C.A. No. 05-CV-00993 (RMU) |
| KASIMBEKOV KOMOLIDDIN TOHIRJANOVICH, | C.A. No. 05-CV-00994 (JDB) |
| ABDULSALAM ALI ABDULRAHMAN AL-HELA, *et al.*, | C.A. No. 05-CV-01048 (RCL) |
| FARHI SAEED BIN MOHAMMED, | C.A. No. 05-CV-01347 (GK) |
| MOTAI SAIB, *et al.*, | C.A. No. 05-CV-01353 (UNA) |
| SAID MUHAMMED SALIH HATIM, *et al.*, | C.A. No. 05-CV-01429 (RMU) |
| HASSAN BIN ATTASH, *et al.*, | C.A. No. 05-CV-01592 (RCL) |
| ABDUL RAHEEM GHULAM RABBANI, *et al.*, | C.A. No. 05-CV-01607 (RCL) |
| HUSSAIN SALEM MOHAMMED ALMERFEDI, *et al.*, | C.A. No. 05-CV-01645 (PLF) |

| | |
|---|---|
| MOHAMMED ABUDUL RAHMAN AL-SHIMRANI, *et al.*, | C.A. No. 05-CV-02249 (RMC) |
| AHMED BEN BACHA, | C.A. No. 05-CV-2349 (RMC) |
| ABDULLAH WAZIR ZADRAN, *et al.*, | C.A. No. 05-CV-02367 (RWR) |
| AHMAD MOHAMMED AL DARBY, *et al.*, | C.A. No. 05-CV-02371 (UNA) |
| ABD AL RAHMAN ABDULLAH AL HALMANDY, *et al.*, | C.A. No. 05-CV-02385 (UNA) |
| AMER MOHAMMON, *et al.*, | C.A. No. 05-CV-02386 (RBW) |
| GHANIM-ABDULRAHMAN AL-HARBI, *et al.*, | C.A. No. 05-CV-02479 (UNA) |
| MOHAMMED AHMED TAHER, | C.A. No. 06-CV-01684 (GK) |
| ACHRAF SALIM ABDESSALAM, | C.A. No. 06-CV-01761 (ESH) |
| MOHAMMED AL-ZARNOUQI, *et al.*, | C.A. No. 06-CV-01767 (RCL) |
| ABDURRAHMAN ABDALLAH ALI MAHMOUD AL SHUBATI, | C.A. No. 07-CV-02338 (HHK) |
| MOHAMMED SULAYMON BARRE, | C.A. No. 08-CV-01153 (RCL) |
| ZAYN AL ABIDIN MUHAMMAD HUSAYN, | C.A. No. 08-CV-01360 (RWR) |
| KHAIR ULLA SAID KHAIRKHWA *et al.*, | C.A. No. 08-CV-01805 (RCL) |
| MULLAH NORULLAH NOORI *et al.*, | C.A. No. 08-CV-01828 (RMU) |
| MUHAMMAD AHMAD ABDALLAH AL ANSI *et al.*, | C.A. No. 08-CV-01923 (GK) |
| ABDUL RAHMAN UMIR AL QYATI *et al.*, | C.A. No. 08-CV-02019 (RBW) |
| MOHAMMED ABDULLAH TAHA MATTAN, *et al.*, | C.A. No. 09-CV-00745 (RCL) |

| | |
|---|---|
| MUSTAFA FARAJ MOHAMMAD, <br> a.k.a. ABU FARAJ AL-LIBI, | C.A. No. 09-CV-00873 (CKK) |
| ABDUL GHANI, | C.A. No. 09-CV-00904 (RMC) |
| MAKHTAR YAHIA NAJI AL-WRAFIE, | C.A. No. 09-CV-02368 (RCL) |
| RIDUAN BIN ISOMUDDIN HAMBALI, | C.A. No. 10-CV-00407 (JDB) |
| FAYIZ AHMAD YAHIA SULEIMAN, | C.A. No. 10-CV-01411 (RMC) |
| MOHD FARIK BIN AMIN, | C.A. No. 11-CV-00923 (CKK) |
| ADNAN FARHAN ABDUL LATIF, | C.A. No. 11-CV-02294 (RWR) |
| Petitioners, | |
| v. | |
| BARACK OBAMA, *et al.*, | |
| Respondents. | |

**NOTICE OF WITHDRAWAL**

Undersigned counsel, Trish Maskew, hereby withdraws her appearance as a counsel for Respondents in the above-named cases.

Dated: October 23, 2012

STUART F. DELERY
Acting Assistant Attorney General

JOSEPH H. HUNT
Director

TERRY M. HENRY
JAMES J. GILLIGAN
Assistant Branch Directors

/s/ *Trish Maskew*
TRISH MASKEW
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Tel: (202) 305-7658
Trish.Maskew@usdoj.gov

Attorneys for Respondents