IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AHMED MOHAMMED AL-DARBI
(ISN 768),

　　　　　*Petitioner*,

　　　　　　　v.

DONALD J. TRUMP, *et al*.,

　　　　　*Respondents*.

Civil Action No. 05-CV-2371 (RCL)

**NOTICE OF CLASSIFIED FILING:  RESPONDENTS'
OPPOSITION TO PETITIONER'S NOTICE OF BREACH OF
PROTECTIVE ORDER AND MOTION FOR APPROPRIATE RELIEF**

NOTICE is hereby given that, pursuant to the protective order entered in the above-

captioned case, Respondents have filed with the Court Information Security Office a

memorandum in opposition to Petitioner's Notice of Breach of Protective Over and Motion for

Appropriate Relief.  Because Respondents' submission contains classified information,

Respondents submitted the filing to the Court Information Security Office for service on the

Court and Petitioner's counsel in accordance with Paragraph 48 of the protective order.

Dated:  September 1, 2017

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

TERRY M. HENRY
Assistant Branch Director

*/s/ Andrew I. Warden*
ANDREW I. WARDEN (Indiana Bar #23840-49)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
Tel: 202.616.5084

E-mail: Andrew.Warden@usdoj.gov

*Counsel for Respondents*