**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **AHMED MOHAMMED AL-DARBI,**<br><br>*Petitioner,*<br><br>v.<br><br>**DONALD J. TRUMP,** *et al.,*<br><br>*Respondents.* | Case No. 05-CV-2371 (RCL) |

**PETITIONER'S NOTICE REGARDING TRANSFER**

Petitioner Ahmed al-Darbi respectfully submits that the important interest he seeks to protect and vindicate in the sole pending motion before this Court survives his recent transfer from the U.S. Naval Station at Guantánamo Bay, Cuba to the custody of the Kingdom of Saudi Arabia. ECF No. 282. Mr. al-Darbi's request for relief and Respondents' position are detailed in the following filings, previously submitted to the Court under classified seal:

- Petitioner's Notice of Breach of Protective Order and Motion for Appropriate Relief. ECF No. 267 (July 21, 2017).

- Respondents' Opposition. ECF No. 270 (Sept. 1, 2017).

- Petitioner's Reply in Further Support of Notice of Breach of Protective Order and Motion for Appropriate Relief. ECF No. 271 (Sept. 6, 2017).

- Petitioner's Supplemental Notice Regarding Breach of Protective Order and Motion for Appropriate Relief. ECF No. 273 (Nov. 4, 2017).

- Respondents' Supplemental Memorandum in Opposition. ECF No. 275 (Mar. 6, 2018).

- Petitioner's Supplemental Memorandum in Further Support of Notice of Breach of Protective Order and Motion for Appropriate Relief. ECF No. 276 (Apr. 21, 2018).

Unless the Court intends to rule on this discrete yet important matter based on the pleadings listed above, Petitioner's counsel stands ready to appear in closed session on a date suitable to the Court and the parties.

Dated:  May 10, 2018

>                             Respectfully submitted,
>
>                             ____/s/_____
>                             Ramzi Kassem
>                             **Main Street Legal Services, Inc.**
>                             City University of New York
>                             School of Law
>                             2 Court Square
>                             Long Island City, NY 11101
>                             (718) 340-4558
>
>                             *Counsel for Ahmed al-Darbi*